55,087-06

IN THE COURT OF CRIMINAL APPEALS
FOR THE STATE OF TEXAS

MILTON VERAN WILLIAMS )
    Appellant, )
     )
V. )
     )
STATE OF TEXAS, et al )
    Appellee(s). )
     )

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 14 2015
Abel Acosta, Clerk

Case No. WR-55,687-06

NOTICE OF APPEAL

COMES NOW, (Relator/Appellant) Milton V. Williams pro se, files the above stated Notice of appeal and states that the court issued denial without written order on July 29, 1995, but did not mail said denial to Relator/Applicant until August 06, 2015 which was eight days after said decision was made and it was not until August 10, 2015, some (12) days after said decision in a 'Son of Confederate' attempt to deny Relator access to court and prevent him from appealing said frivolous decision to a prima facie case in favor of Relator, said decision was received by Appellant.

Respectfully Submitted
/s/ _Mtn V. Wlm_ #399375 (0000)
Milton Veran Williams #399375
Jim E. Hamilton Correctional Center
53468 Mineral Springs Road
Hodgen, Okla. 74939

Page 1 of 2

<u>CERTIFICATE OF MAILING</u>

I, hereby certify, that a true and corrected copy of the foregoing Notice of Appeal to the July 29, 2015 denial without written order in the above style cause, was mailed on August 11, 2015, postage prepaid, through U.S. Postal Service, to the below listed parties:

<u>Court of Criminal Appeals</u>
<u>for the State of Texas</u>
<u>Attn: Clerk (Abel Acosta)</u>
<u>P. O. Box 12308</u>
<u>CAPITOL STATION</u>
<u>AUSTIN, TX 78711</u>

<u>Mike V. Hill #399375 (UGUC)</u>
(Affaint)

CC:

<u>UNITED STATES COURT OF APPEALS</u>
<u>FOR THE FIFTH CIRCUIT</u>
<u>ATTN: CLERK (LYLE W. CAYCE)</u>
<u>600 S. MAESTRI PLACE</u>
<u>NEW ORLEANS, LA 70130-3408</u>

<u>UNITED STATES SUPREME COURT</u>
<u>ATTN: CLERK (WILLIAM K. SUTER)</u>
<u>1 1st STREET NE</u>
<u>WASHINGTON, DC 20543-0001</u>

<u>UNITED STATES DISTRICT COURT (DALLAS DIVISION)</u>
~~DALLAS (CLERK'S OFFICE) CLERK~~
<u>1800 COMMERCE STREET, ROOM #1452</u>
<u>DALLAS, TX 75202-4606</u>

Affaint Says No Farther:
<u>Mike V. Hill #399375 (0000)</u>

Page 2 of 2